**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810          Facsimile:  602-606-2811

Brian J. Foster, #012143
Joshua C. Offenhartz, 032494
admin@wb-law.com
bfoster@wf-law.com |
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL MASONE, an individual, | **Case No. 2:20-CV-01315-DLR** |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN COUNTS OF PLAINTIFF'S COMPLAINT** |
| JIM BRINTON and JANE DOE BRINTON, husband and wife; BBV SLABB LLC, a Washington limited liability company; SSG MSA INC, a Nevada corporation; AVANTI LEASING FUND I LLC, a Delaware limited liability company;  AVANTI  MARKETS INC., a Washington corporation, and JANE DOES I-X; ABC PARTNERSHIPS I-X; ABC LIMITED LIABILITY COMPANIES I-X; XYZ CORPORATIONS I-X, | |
| Defendants. | |
| Avanti Leasing Fund I, LLC, a Delaware limited liability company, | |
| Counterclaimant, | |
| v. | |
| Michael Masone, an individual, | |
| Counterdefendant. | |

Plaintiff, Michael Masone, pursuant to Section 2 of the Court's September 17, 2020 Scheduling Order regarding Amended Pleadings [DE 20], hereby submits this Notice of Voluntary Dismissal of the following Claims as alleged in his Complaint:

1) Count III- Breach of Contract (against Brinton)

2) Count VI Fraudulent Transfer – A.R.S. 44-1004 (against Brinton and BBV Slabb)

3) Count IX Civil Conspiracy (against Brinton, BBV Slabb, and Avanti Markets)

4) Count X Aiding and Abetting Tortious Conduct (against Brinton, BBV Slabb, Avanti Markets, Avanti Leasing)

5) Count XI Constructive Fraud (against Brinton, BBV Slabb, and Avanti Leasing)

6) XII Breach of Fiduciary Duty (against Brinton)

Plaintiff is dismissing these claims without prejudice and reserves the right to refile at a later date pursuant to the appropriate statutes of limitations.

**RESPECTFULLY SUBMITTED** this 30th day of October, 2020.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Brian J. Foster*
Brian J. Foster, Esq.
Joshua C. Offenhartz, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2020, the foregoing was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the individuals registered.

*/s/ Christine M. Ferreira*